UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Christopher Savinon

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

Defendant __C. Savinon__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/s/ Christopher Savinon by JLG
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defendant's Counsel's Signature

/s/ Christopher Savinon by JLG
Print Defendant's Name

Julia Gatto
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

09/25/2020
Date

U.S. District Judge/U.S. Magistrate Judge