```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :        1:20-mj-10274-UA-1
                                     :
     -against-                       :        ORDER
                                     :
   Christopher Savinon,              :
                                     :
                    Defendant        :
                                     :
-------------------------------------X
```

Sarah Netburn, United States Magistrate Judge:

ORDERED that the defendant's conditions of release be modified to include substance abuse testing and treatment as directed by Pretrial Services.

Dated: October 28, 2020
       New York, New York

SO ORDERED.

_____

Sarah Netburn
United States Magistrate Judge